# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Strawbridge, David R. | Eastern District of Pennsylvania | 04/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

601 Market Street, Room 3030
Philadelphia, PA 19106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member--Advisory Board | Bethesda Project |
| 2. | Member - Advisory Board | Friends of the Delaware Canal |
| 3. | Trustee | Trust #1 (see VIII - #3) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 8/27/93 | Cozen O'Connor Deferred Compensation Plan (See VIII - #1) |
| 2. | 12/31/71 | Cozen O'Connor Profit Sharing 401(k) Plan (See VIII - #2) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 04/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ˙Self-Employed Artist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 04/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Vanguard PA Tx Exempt Money Market Fund | A | Dividend | J | T | | | | | |
| 3. Vanguard Intermediate Term Treas Fund Adm Shares | C | Dividend | L | T | Sold (part) | 08/07/13 | L | A | |
| 4. | | | | | Sold (part) | 12/31/13 | J | A | |
| 5. Vanguard Short Term Treas Fund Adm Shares | A | Dividend | L | T | | | | | |
| 6. Vanguard Intermediate Term Tx Exempt Fund Inv Shares | A | Dividend | J | T | | | | | |
| 7. Vanguard LT Tx Empt Adm Shares | A | Dividend | K | T | Sold (part) | 08/07/13 | K | C | |
| 8. Vanguard International Value Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard Tx Managed Capital Appreciation Fund Adm Shares | B | Dividend | L | T | | | | | |
| 10. Vanguard Tx Managed Growth and Income Fund Adml Shares | B | Dividend | L | T | Sold (part) | 08/07/13 | K | B | |
| 11. Vanguard Total International Stock Index Fund Admiral | B | Dividend | L | T | | | | | |
| 12. Vanguard Variable Annuity - Total Bond Market | | None | M | T | | | | | |
| 13. Vanguard Variable-Growth | | None | K | T | | | | | |
| 14. Fidelity Balanced Fund | B | Dividend | M | T | | | | | |
| 15. Fidelity Government Income | B | Dividend | | | Sold | 12/04/13 | L | A | |
| 16. SPRTN Total Market Index Fund Advantage Class | B | Dividend | L | T | Buy | 12/04/13 | L | | |
| 17. Phoenix Annuity | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boston Capital Tax Credit Fund III | A | Interest | J | T | | | | | |
| 19. Boston Capital Tax Credit Fund IV | A | Interest | J | T | | | | | |
| 20. IRA #1 | | | | | | | | | |
| 21. Vanguard U.S. Growth Fund Investor Share | A | Dividend | | | Sold | 06/04/13 | L | A | |
| 22. Vanguard Growth and Income Investor Shares | A | Dividend | | | Sold | 12/16/13 | K | A | |
| 23. Vanguard Total International Stock | B | Dividend | N | T | Buy | 12/31/13 | N | | |
| 24. Vanguard T. Stock Mkt. Idx. Fund Adm. Shares | A | Dividend | P1 | T | Buy | 12/31/13 | O | | |
| 25. | | | | | Buy | 12/16/13 | K | | |
| 26. | | | | | Buy | 12/16/13 | L | | |
| 27. Vanguard Total Bond Mkt. Idx. Fund Adm. | | None | O | T | Buy | 12/31/13 | O | | |
| 28. Vanguard Total International Bond Index Fund Adm. Shares | | None | N | T | Buy | 12/31/13 | N | | |
| 29. Vanguard US Growth Fund Admiral Shares | | None | | | Buy | 06/04/13 | L | | |
| 30. | | | | | Sold | 12/16/13 | L | A | |
| 31. | | | | | | | | | |
| 32. IRA #2 | | | | | | | | | |
| 33. Vanguard U.S. Growth Fund Investor Shares | A | Dividend | J | T | | | | | |
| 34. Vanguard Growth and Income Adm Shares | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. Profit Sharing - 401(k) Plan | | | | | | | | | |
| 38. Pimco Total Return Fund Administrative Shares | A | Dividend | | | Sold | 12/31/13 | O | A | |
| 39. Dodge and Cox Balanced Fund | D | Dividend | | | Sold | 12/31/13 | M | E | |
| 40. T. Rowe Price 2010 Retirement Fund | E | Dividend | | | Sold | 12/31/13 | P1 | E | |
| 41. American Funds Fundamental Inv. RS | E | Dividend | | | Sold | 12/31/13 | N | E | |
| 42. T. Rowe Price - money market "misc. account" | A | Interest | | | Sold | 12/31/13 | J | A | |
| 43. | | | | | | | | | |
| 44. Trust #1 (See VIII, #3) | | | | | | | | | |
| 45. Wells Fargo | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 04/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1 - Partially funded plan to pay set sum per year for 10 years (to May, 2015).

#2 - Funds in this IRA were rolled over into Vanguard (see IRA #1). This transaction took place at end of December 2013. Sale was completed from T. Rowe Price who show 0 assets on all these funds sold into IRA #1. While the Vanguard reporting shows those funds arriving at Vanguard on 1/2/2014, we report them as of 12/31/2013 when they had arrived at Vanguard -- or were on their way -- and formally reported as arriving on 1/2/2014.

#3 - Trust holds a life insurance policy for a close relative - See Part VII (lines 49-50).

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 04/28/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Strawbridge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544